# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 13, 2020

### NO. 03-19-00929-CV

**Michael Barron and Donald Little, Appellants**

**v.**

**Francis Shaw, Doyle Shaw, John Nanny, Pete Barrera, Mary Aguilar, John Aguilar, Michelle Martin, Orvel Harvey, Glenda Kay Kuykendall, Nola Kay Braumann, Beverly McGuire, Tobey Martin, Pat Halfmann, Melanie Spratt, and John Doe(s) 1-40, Appellees**

---

**APPEAL FROM THE 51ST DISTRICT COURT OF IRION COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND TRIANA
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE TRIANA**

---

This is an appeal from the order signed by the trial court on December 18, 2019. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.